ELIZABETH D. VAIL, Respondent, *v.* WILLIAM M. REYNOLDS, Appellant.

(Argued June 18, 1889; decided June 28, 1889.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made January 28, 1889, which affirmed an order of the Special Term, denying a motion to cancel and rescind an undertaking executed on appeal to the Court of Appeals.

*William B. Hornblower* for appellant.

*John A. Deady* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

In the Application for the Issue of a Subpœna, etc., to BACHE McE. WHITLOCK.

(Argued June 18, 1889; decided June 28, 1889.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made January 28, 1889, which reversed an order of Special Term requiring witness to produce writings.

*C. E. Tracy* for appellants.

*William C. Beecher* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.